<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1862**

ABDUL S. AHMADY,

Plaintiff - Appellant,

versus

BRINCEFIELD, HARTNETT, TOMPKINS, AND CLARK,
P.C.,

Defendant - Appellee,

versus

AMINA AHMADY,

Plaintiff.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:06-cv-00119-CMH)

Submitted: November 21, 2006     Decided: November 28, 2006

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Abdul S. Ahmady, Appellant Pro Se. Michael William Tompkins, Brincefield, Hartnett & Associates, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Abdul S. Ahmady appeals the district court's orders dismissing Ahmady's complaint and denying Ahmady's "Retrying Motion Court Order Misunderstanding," which the district court construed as as Fed. R. Civ. P. 60(b) motion. The district court found it lacked subject matter jurisdiction in this civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Ahmady v. Brincefield, No. 1:06-cv-00119-CMH (E.D. Va. May 19, 2006 and June 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED